# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KVAERNER NORTH AMERICAN CONSTRUCTION INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 15-1460 |
| v. | ) ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 26, 2017, the Magistrate Judge issued a Report (Doc. 57) recommending that Defendant's Motion for Partial Summary Judgment (Doc. 38) be granted, that Plaintiff's Motion for Summary Judgment on Choice of Law Applicable to Bad-Faith Claims (Doc. 42) be denied and that Plaintiff be granted leave to amend its Complaint to assert state law claims of bad faith under Pennsylvania law. No objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendant's Motion for Partial Summary Judgment (Doc. 38) is GRANTED and Plaintiff's Motion for Summary Judgment on Choice of Law Applicable to Bad-Faith Claims (Doc. 42) is DENIED. IT IS FURTHER ORDERED that Plaintiff is granted leave to amend its Complaint to assert state law claims of bad faith under Pennsylvania law, which the Court notes

Plaintiff filed on February 21, 2017 (See Doc. 63).  The Magistrate Judge's Report and Recommendation dated January 26, 2017 (Doc. 57), hereby is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.


February 27, 2017                                        s/Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge

cc (via ECF email notification):

All counsel of record